Myrtle Layne, Appellee, v. Prudence Life Insurance Company, Appellant.

Gen. No. 41,799.

Heard in second division, first district, this court at June term, 1941; opinion filed November 28, 1941. Ehler & Austin, for appellant; Casimir R. Wachowski, of counsel; Arnold S. Kabaker, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."